STATE OF CONNECTICUT *v.* LUIS A. RODRIQUEZ
(8930)

SPALLONE, LAVERY and CRETELLA, Js.

Argued October 30—decision released November 8, 1990

*Thomas M. Conroy,* special public defender, for the appellant (defendant).

*James M. Ralls,* deputy assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *Michael Pepper,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.